```
                                                        CHAPTER 13
                                                        TACOMA, WA

BROWN & SEELYE PLLC
744 S Fawcett Ave
Tacoma, WA 98402
253-573-1958
866-422-6196 fax
```

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re                                    Case No.18-43017-MJH

SOPHANI DA

                                         DECLARATION OF DEBTORS IN
                                         SUPPORT OF MOTION
        Debtor(s)                        TO MODIFY CHAPTER 13 PLAN

---

The above referenced Debtor, being first duly sworn, does hereby depose and say under penalty of perjury:

1. I am the Debtor(s) named above and have personal knowledge of all matters set forth herein.

2. It is requested that the Plan be modified due to change in financial circumstances.

3. My income and expenses have changed since filing and I have filed an Amended Schedule I and J and Plan.

   I would ask the court to enter the Order allowing us to Modify the Plan.

Dated: October 15, 2019

_____
SOPHANI DA
Debtor